UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GERMAN PARRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01597-SEB-KMB |
| | ) | |
| TANESHA CREAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Order Discharging Order to Show Cause and
Directing Marshals to Serve Defendant Crear**

After multiple attempts to serve Defendant Tanesha Crear by sending notices and requests to waive service proved unsuccessful, the Court directed the Marshals to serve her under Federal Rule of Civil Procedure 4(c)(3). Dkt. 115. They attempted to do so but were unable to execute service. Dkt. 150. Mr. Parra was ordered to either show cause why the claims against Ms. Crear should not be dismissed without prejudice under Rule 4(m) or move to dismiss his claims against her. Dkt. 158. Mr. Parra has responded with Ms. Crear's work address, and requests that the Marshals attempt one final time to effectuate service. Dkt. 168.

The Court finds that Mr. Parra has stated good cause not to dismiss his claims against Ms. Crear under Rule 4(m) at this time. Accordingly, the Order to Show Cause is **discharged**.

The Court will also direct the Marshals to make another attempt to serve Ms. Crear at the work address Mr. Parra has provided. Accordingly, the **clerk is designated**, pursuant to Fed. R. Civ. P. 4(c)(3), to issue process to defendant Tanesha Crear. Process shall consist of a summons. **The Marshal for this District or his Deputy** shall serve the summons, together with a copy of the second amended complaint, dkt. [117]; the screening order, dkt, [115]; and a copy of this Order, at the expense of the United States.

The Marshal must attempt to serve Tanesha Crear at the employment office found at docket 168, and her potential new residence that was previously discovered. Dkt. 150. The last known address of the defendant is in Indiana, so service may be made by personal service or by certified mail to their last known home addresses.[1]

If service at these addresses is unsuccessful, the Marshal or his Deputy is required to use the Marshal's available resources to track down and serve Tanesha Crear. *Williams v. Werlinger,* 795 F.3d 759 (7th Cir. 2015).

**IT IS SO ORDERED.**

Date: 01/28/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronic Service to USM-C

All Electronically Registered Counsel

GERMAN PARRA
288321
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

---

[1] *See* Fed. R. Civ. P. 4(e)(1); Indiana Rules of Court 4.1(A)(1) (providing that service may be made by sending a copy of the summons and complaint by certified mail to defendant's residence with return receipt requested).